# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| H & Q PROPERTIES, INC., a Nebraska corporation, MARK HOULTON and JOHN QUANDAHL, ) ) ) ) | Case No. 8:13-cv-00038-LSC-FG3 |
| Plaintiffs, ) ) | |
| v. ) ) | **MOTION TO COMPEL** |
| DAVID E. DOLL, DOUBLE D PROPERTIES, L.L.C., a Nebraska limited liability company, DDE, INC., a Nebraska corporation, f/k/a Double D. Excavating, Inc., HNGC, INC., a Nebraska corporation, f/k/a Double D Hook-N-Go Containers, Inc., NEBRASKA LOWBOY SERVICES, INC., a Nebraska corporation, DOUBLE D EXCAVATING, INC., an Iowa corporation, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

COME NOW, Plaintiffs, H & Q Properties, Inc., a Nebraska corporation, Mark Houlton and John Quandahl, and pursuant to Fed.R.Civ.P. 26 and 37(a), hereby move the Court for an order compelling Defendants to provide full and complete responses to Interrogatories and Requests for Production, all as more completely identified and set forth in Plaintiffs' Brief and Index in Support hereof, both of which are filed contemporaneously herewith.

Pursuant to NECivR 7.1(i), after personal consultation with opposing parties and sincere attempts to resolve differences, the parties cannot reach an accord and the details of such consultation, to include the date, time and place of the communications and the names of all participating persons, are set forth in Plaintiffs' Brief and Index in Support hereof, both of which are filed contemporaneously herewith.

WHEREFORE, Plaintiffs pray that the Court enter an order requiring Defendants to provide full and complete responses to Interrogatories and Requests for Production.

DATED this 19th day of September, 2013.

>H & Q PROPERTIES, INC, MARK HOULTON and JOHN QUANDAHL, Plaintiffs
>
>By: s/Justin D. Eichmann
> D.C. Bradford - #10402
> Ryan J. Dougherty - #22137
> Justin D. Eichmann - #22405
> BRADFORD & COENEN LLC
> 1620 Dodge Street, Suite 1800
> Omaha, Nebraska 68102-1505
> (402) 342-4200 Telephone
> (402) 342-4202 Facsimile
> wbradford@bradfordcoenen.com
> rdougherty@bradfordcoenen.com
> jeichmann@bradfordcoenen.com
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Robert F. Peterson – rpete@lpllaw.com
>
> s/Justin D. Eichmann
> Justin D. Eichmann - #22405
> BRADFORD & COENEN LLC
> 1620 Dodge Street, Suite 1800
> Omaha, Nebraska 68102-1505
> (402) 342-4200 Telephone
> (402) 342-4202 Facsimile
> jeichmann@bradfordcoenen.com