IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| H & Q PROPERTIES, INC., a Nebraska Corporation, MARK HOULTON and JOHN QUANDAHL, <br><br> Plaintiffs, <br><br> -vs- <br><br> DAVID E. DOLL, DOUBLE D PROPERTIES, L.L.C., a Nebraska limited liability company, DDE, INC., a Nebraska corporation, f/k/a DOUBLE D EXCAVATING, INC., HNGC, INC., a Nebraska corporation, f/k/a DOUBLE D HOOK-N-GO CONTAINERS, INC., NEBRASKA LOWBOY SERVICES, INC., a Nebraska corporation, DOUBLE D EXCAVATING, INC., an Iowa corporation, <br><br> Defendants. | Civil Action No. 8:13-cv-38 <br><br><br><br><br><br> ORDER TO WITHDRAW ON BEHALF OF DEFENDANTS DAVID E. DOLL, DOUBLE D PROPERTIES, L.L.C. DDE, INC., f/k/a DOUBLE D EXCAVATING, INC., HNGC, INC., f/k/a DOUBLE D HOOK-N-GO CONTAINERS, INC., NEBRASKA LOWBOY SERVICES, INC. and DOUBLE D EXCAVATING, INC. |

THIS MATTER comes before the Court on this 4th day of October, upon the Motion to Withdraw as counsel for the Defendants by Robert F. Peterson and the law firm of Laughlin, Peterson & Lang. Robert F. Peterson appeared on behalf of himself and Laughlin, Peterson & Lang and presented evidence to the Court relating to his request to withdraw and that notice to the Defendants had been provided in accordance with this Court's Order. Defendants did not appear. For good cause shown, the Court finds that Robert F. Peterson and Laughlin, Peterson & Lang, attorneys should be allowed to withdraw as counsel for the Defendants.

IT IS, THEREFORE, ORDERED that Robert F. Peterson and Laughlin, Peterson & Lang hereby are authorized to withdraw as counsel for the Defendants.

BY THE COURT

_____
JUDGE

1

PREPARED AND SUBMITTED BY:

Robert F. Peterson, #13303
Laughlin, Peterson & Lang
11718 Nicholas Street, Suite 101
Omaha, NE 68154
(402) 330-1900
Robert.peterson@lpllaw.com
Attorneys for the Defendants