IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H & Q PROPERTIES, INC., a Nebraska corporation, JOHN QUANDAHL, and MARK HOULTON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 8:13CV38 |
| V. | ) ) | |
| DAVID E. DOLL, DOUBLE D PROPERTIES, L.L.C., a Nebraska limited liability company, DDE, INC., a Nebraska corporation, HNGC, INC., a Nebraska corporation, NEBRASKA LOWBOY SERVICES, INC., a Nebraska corporation, and DOUBLE D EXCAVATING, INC., an Iowa corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Robert Peterson and Laughlin, Peterson & Lang have been granted leave to withdraw as counsel for Defendants David E. Doll, Double D Properties, LLC, DDE, Inc., f/k/a Double D Excavating, Inc., HNGC, Inc., f/k/a Double D Hook-N-Go Containers, Inc., Nebraska Lowboy Services, Inc. and Double D Excavating, Inc. (filing 59). Accordingly, Defendant David Doll is now deemed to be proceeding *pro se*, that is, without the assistance of counsel. Defendant David Doll may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Defendant David Doll shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

Defendants Double D Properties, LLC, DDE, Inc., f/k/a Double D Excavating, Inc., HNGC, Inc., f/k/a Double D Hook-N-Go Containers, Inc., Nebraska Lowboy Services, Inc. and Double D Excavating, Inc. cannot litigate this action in this forum without representation

by licensed counsel. See *Wilkinson Industries, Inc. v. Taylor's Indus. Services, LLC*, No. 8:06CV402, 2007 WL 1751739, *1 (D. Neb. June 18, 2007).  Therefore, on or before October 25, 2013, these Defendants shall obtain the services of counsel and have that attorney file an appearance of their behalf, in the absence of which the Court may file an entry and/or judgment of default without further notice.

The Clerk of Court is directed to a mail a copy of this order to Defendants at their addresses of record.

**IT IS SO ORDERED.**

**DATED October 4, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**