IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H & Q PROPERTIES, INC., a Nebraska corporation, JOHN QUANDAHL, and MARK HOULTON, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 8:13CV38 |
| V. | ) ) | |
| | ) | ORDER |
| DAVID E. DOLL, DOUBLE D PROPERTIES, L.L.C., a Nebraska limited liability company, DDE, INC., a Nebraska corporation, HNGC, INC., a Nebraska corporation, NEBRASKA LOWBOY SERVICES, INC., a Nebraska corporation, and DOUBLE D EXCAVATING, INC., an Iowa corporation, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

On September 19, 2013, Plaintiffs filed a motion requesting that the Court compel Defendants to provide full responses to interrogatories and requests for production served upon Defendants by Plaintiffs (filing 48).  Plaintiffs' Motion to Compel remains pending before the Court.

Defendants have obtained new counsel in this case.  Defendants, through their newly retained counsel, have now moved the Court for additional time to respond to these outstanding discovery requests (filing 65).  Plaintiffs do not oppose Defendants' motion.

Accordingly,

**IT IS ORDERED:**

1.      Defendants' Motion for Additional Time to Supplement Discovery Responses

(filing 65) is granted.  Defendants shall supplement their responses by or before November 12, 2013.

2.	Plaintiffs' Motion to Compel (filing 48) is denied without prejudice to reassertion following receipt of Defendants' supplemental discovery responses.

3.	The parties' deadline to amend pleadings and/or add parties is extended to December 31, 2013.

**DATED October 28, 2013.**

           **BY THE COURT:**

           S/ F.A. Gossett
           **United States Magistrate Judge**