IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| H & Q PROPERTIES, INC., a Nebraska corporation, MARK HOULTON and JOHN QUANDAHL,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DAVID E. DOLL, an individual, DOUBLE D PROPERTIES, L.L.C., a Nebraska limited liability company, DDE, INC., a Nebraska corporation, f/k/a Double D. Excavating, Inc., HNGC, INC., a Nebraska corporation, f/k/a Double D Hook-N-Go Containers, Inc., NEBRASKA LOWBOY SERVICES, INC., a Nebraska corporation, DOUBLE D EXCAVATING, INC., an Iowa corporation, LOAD RITE EXCAVATING, L.L.C., a Nebraska limited liability company, f/k/a Down Dirty, L.L.C., DOLL CONSTRUCTION, L.L.C., a Nebraska limited liability company, NEW ERA EXCAVATION COMPANY, a Nebraska corporation, and MALVERN TRUST & SAVINGS BANK, an Iowa state-chartered bank,<br><br>  Defendants. | Case No. 8:13-cv-00038-LSC-FG3<br><br><br><br><br><br><br><br><br><br>**MALVERN TRUST<br>& SAVINGS BANK'S<br>MOTION TO DISMISS** |

Defendant Malvern Trust & Savings Bank ("Malvern Bank"), by and through counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiffs' claims against Malvern Bank with prejudice because the Amended Complaint has failed to state a claim upon which relief can be granted against Malvern Bank. Contemporaneous with this Motion to Dismiss, Malvern Bank submits a Brief in Support for this Court's review.

576805

WHEREFORE, Defendant Malvern Trust & Savings Bank respectfully requests this Court to dismiss claims one, two, three, eight, and nine of the Amended Complaint, with prejudice, to the extent such claims are raised against Defendant Malvern Trust & Savings Bank and to dismiss Defendant Malvern Trust & Savings Bank from this action.

Dated this 24th day of February, 2014.

        MALVERN TRUST & SAVINGS BANK,
        Defendant

By:  s/ Bruce A. Smith
     Bruce A. Smith, Bar No. 20162
     Terry C. Dougherty, Bar No. 11064
     Attorneys for Defendant
     WOODS & AITKEN LLP
     301 South 13th Street, Suite 500
     Lincoln, Nebraska  68508
     Telephone:  402-437-8500
     Facsimile:   402-437-8558
     Email:  BSmith@woodsaitken.com
     Email:  TDougherty@woodsaitken.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent electronic notification of such filing to those parties receiving electronic notice herein.

     s/ Bruce A. Smith
     Bruce A. Smith, Bar No. 20162