## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| H & Q PROPERTIES, INC., a Nebraska Corporation, MARK HOULTON and JOHN QUANDAHL | ) ) ) ) | Case No. 8:13-cv-38 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **BRIEF IN SUPPORT OF NEW ERA CONSTRUCTION COMPANY AND DOLL CONSTRUCTION'S MOTION TO DISMISS** |
| DAVID E. DOLL, DOUBLE D PROPERTIES, LLC. a Nebraska limited liability company; DDE, INC., a Nebraska corporation, f/k/a Double D Excavating, Inc.; HNGC, INC., a Nebraska corporation, f/k/a Double D Hook-N-Go Containers, Inc.; NEBRASKA LOWBOY SERVICES, INC., an Iowa corporation; LOAD RITE EXCAVATING, LLC, a Nebraska limited liability company; DOLL CONSTRUCTION, LLC; a Nebraska limited liability company; NEW ERA CONSTRUCTION COMPANY, a Nebraska corporation; MALVERN TRUST & SAVINGS BANK, an Iowa state-chartered bank, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW, Defendants, Doll Construction, LLC and New Era Excavation Company, by and though counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiffs' claims against Doll Construction, LLC and New Era Excavation Company with prejudice because the Amended Complaint has failed to state a claim upon which relief can be granted against Doll Construction, LLC and New Era Excavation Company.

Defendants further move the court to take judicial notice of the documents contained within their Index of Evidence filed contemporaneously herein under Federal Rule of Evidence 201(e) as the two documents are a matter of public record on file with the Nebraska Secretary of State. Contemporaneous with this Motion to Dismiss, and Motion to Take Judicial Notice, Defendants submits a Brief in Support for this Court's review.

WHEREFORE, Defendants Doll Construction, LLC and New Era Excavation Company respectfully requests this Court to dismiss Plaintiffs' Amended Complaint with prejudice, to the extent such claims are raised against Defendants Doll Construction, LLC and New Era Excavation Company and to dismiss Doll Construction, LLC and New Era Excavation Company from this action.

Dated this 24th day of February, 2014.

DOLL CONSTRUCTION, LLC
NEW ERA EXCAVATION COMPANY, Defendants

By: /s/ William Grant Mullin
    Wm. Grant Mullin # 25280
    Clay Rogers # 13559
    Aaron S. Smeall # 22756
    SMITH, GARDNER, LAZER,
    POHREN, ROGERS, LLP
    8712 West Dodge Rd., Suite 400
    Omaha, NE  68114
    402.392.0101
    gmullin@lawsgs.com
    crogers@lawsgs.com
    asmeall@lawsgs.com

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent electronic notification of such filing to those parties receiving electronic notice herein.

/s/ William Grant Mullin