**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

NOTICE OF APPEAL (Civil)

| | |
|---|---|
| H & Q PROPERTIES, INC. et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DAVID E. DOLL et al., , )<br>)<br>Defendants. ) | District Court Case Number:<br>8:13-cv-00038-LSC-FG3 |

Notice is hereby given that Plaintiffs H & Q Properties, Inc., Mark Houlton and John Quandahl appeal to the United States Court of Appeals for the Eighth Circuit from the:

☒ Judgment (filing no. 162); and

☒ Order (Specify) Memorandum and Order (filing no. 161)

entered in this action on (specify date(s)) June 26, 2014

s/Justin D. Eichmann
Attorney or Pro Se Party

**CERTIFICATE OF COMPLIANCE**

I hereby certify that I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

July 28, 2014                           s/Justin D. Eichmann
Date                                              Attorney or Pro Se Party